UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUDE LAPORTE and JOMAR LAPORTE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NASHVILLE, ET AL., <br><br> Defendants. | Case No. 3:18-cv-00282 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Newbern |

## ORDER

The Magistrate Judge held a telephonic case management conference with the parties on October 29, 2018. Discovery in this matter was previously stayed pending this telephone conference. (Doc. No. 32.) By agreement of the parties, discovery remains stayed until the pending motions to dismiss (Doc. Nos. 7, 9) have been resolved. Plaintiffs are ORDERED to move to set a case management conference within seven days after both motions to dismiss have been resolved.

The Court previously ordered the parties to file a joint status report regarding alternative dispute resolution by October 29, 2018. That deadline is CONTINUED and will be reset in the next case management conference.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge