UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Jude Laporte, et al.

                Plaintiff,

v.                                                 Case No.: 3:18−cv−00282

City of Nashville, et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/5/2019 re [37].

                                                Clerk of Court
                                         s/ Alia D. Morgan, Deputy Clerk